# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN L. MCCARTY, et al., | ) 1:06cv1094 AWI DLB |
| Plaintiff, | ) ORDER REQUIRING PLAINTIFF TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE |
| v. | ) |
| LADAN GORDON MCCARTY, et al., | ) |
| Defendants. | ) |

    Plaintiffs John L. McCarty, Ana McCarty and Alejandro Agraz filed the instant diversity action on August 21, 2006.  Along with their complaint, Plaintiffs filed a motion to proceed in forma pauperis.  However, the motion was not filed on the appropriate form pursuant to 28 U.S.C. § 1915 and is insufficient to allow the Court to determine whether Plaintiffs should be allowed to proceed in forma pauperis.  Additionally, each Plaintiff must complete an application to proceed in forma pauperis.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk's Office shall send each Plaintiff the appropriate form for application to proceed in forma pauperis; and

    2. Within thirty (30) days of the date of service of this order, Plaintiffs shall submit a completed application to proceed in forma pauperis, or in the alternative, pay the $350 filing fee

for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   August 28, 2006**                              **/s/ Dennis L. Beck**
3b142a                                                            UNITED STATES MAGISTRATE JUDGE

2