# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN L. MCCARTY, et al., | 1:06cv1094 AWI DLB |
| Plaintiff, | ORDER GRANTING APPLICATIONS TO PROCEED IN FORMA PAUPERIS |
| v. | (Documents 4, 5 and 6) |
| LADAN GORDON MCCARTY, et al., | |
| Defendants. | |

Plaintiffs John L. McCarty, Ana McCarty and Alejandro Agraz ("Plaintiffs") filed the instant diversity action on August 21, 2006.  On August 31, 2006, Plaintiffs filed applications to proceed in forma pauperis.  A review of the applications reveals that Plaintiffs are entitled to proceed in forma pauperis and the applications are therefore GRANTED.

IT IS SO ORDERED.

Dated:   September 7, 2006                      /s/ Dennis L. Beck
3b142a                                          UNITED STATES MAGISTRATE JUDGE